IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OMAR A. MOHAMUD,

    Plaintiff,

  v.

Case No. 18-cv-880-jdp

DEPARTMENT OF EMPLOYEE TRUST
FUNDS OF THE STATE OF WISCONSIN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/  
Peter Oppeneer, Clerk of Court

3/6/2019  
Date